In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00280-CV

_____


IN THE INTEREST OF A.J.D., S.G.D. and S.J.D.

On Appeal from the 410th District Court
Montgomery County, Texas
Trial Cause No. 16-06-06544-CV

## MEMORANDUM OPINION

The appellant, Emily Branham, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on August 30, 2018
Opinion Delivered August 31, 2018

Before Kreger, Horton, and Johnson, JJ.